UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
NEKEMA FRANKLYN,

                        Plaintiff,                 Case No. 19-cv-2834 (AT)

   - against -

HMS PRODUCTIONS, LLC,
                                                    **NOTICE OF APPEARANCE**
                     Defendants.

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Mario Aieta hereby appears on behalf of Defendant HMS Productions, LLC. in the above-titled action and requests that copies of all notices, pleadings, and other papers in this matter be served on the undersigned.

Dated:  New York, New York
          April 23, 2019

                                                   SATTERLEE STEPHENS LLP

                                                   By:_____
                                                        Mario Aieta
                                                  230 Park Avenue, 11th Floor
                                                  New York, New York  10169
                                                  (212) 818-9200
                                                  *Attorneys for HMS Productions, LLC*

3199728_1